| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Diane M. Riggs** | Social Security number or ITIN   xxx–xx–9347 |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–21439–KCF | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Diane M. Riggs

1/15/21

**By the court:** <u>Kathryn C. Ferguson</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-21439-KCF |
| Diane M. Riggs | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 15, 2021 | Form ID: 318 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Diane M. Riggs, 934 Woodlane Rd, Mount Holly, NJ 08060-1110 |
| cr | + | Hyundai Capital America, DBA Kia Motors Finance, PO Box 269011, Plano, TX 75026-9011 |
| 518982881 | | APEX Asset Management, 2501 Oregon Pike Ste 102, Lancaster, PA 17601-4890 |
| 518982880 | | Account Resolution Services, HRRG, LLC, PO Box 459079, Fort Lauderdale, FL 33345-9079 |
| 518982887 | | Cooper University Health Car, PO Box 95000-4345, Philadelphia, PA 19019-4345 |
| 518982889 | | Emergency Physicians Serv. of NJ, PA, 3585 Ridge Park Dr, Akron, OH 44333-8203 |
| 518982890 | + | Freeman & Mintz, PA, 34 Tanner St, Haddonfield, NJ 08033-2482 |
| 518982893 | | HSBC Finance Corp., 175 W Jackson Blvd Ste 1400, Chicago, IL 60604-2766 |
| 518982892 | | Hamilton Cardiology Associates, PA, PO Box 9955, Hamilton, NJ 08650-2955 |
| 518982895 | | Kia Finance/KMF, Attn: Bankruptcy Dept., PO Box 20809, Fountain Valley, CA 92728-0809 |
| 518982899 | | LVNV Funding, LLC, c/o Pressler, Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 518982897 | | Larchmont Medical Imaging, 1295 Route 38, Hainesport, NJ 08036-2702 |
| 518982900 | | Midland Funding, LLC, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 518982901 | | Mt. Holly Municipal Authority, 1 Park Dr, Mount Holly, NJ 08060-1740 |
| 518982906 | | RWJ University Hospital Hamilton, PO Box 2330, Southgate, MI 48195-4330 |
| 518982904 | | Radiology Affiliates of Central NJ PC, PO Box 787512, Philadelphia, PA 19178-7512 |
| 518982915 | | Virtua Medical Group, PO Box 6028, Bellmawr, NJ 08099-6028 |
| 518982916 | | Virtual Memorial Hospital Burlington, c/o Freeman and Mintz, PA, 34 Tanner St, Haddonfield, NJ 08033-2475 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 15 2021 21:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 15 2021 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518982882 | | Email/Text: info@chcollects.com | Jan 15 2021 21:43:00 | C&H Collection Services, Inc., PO Box 1399, Merchantville, NJ 08109-0399 |
| 518982883 | | EDI: CAPITALONE.COM | Jan 16 2021 02:18:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 518982885 | | EDI: CITICORP.COM | Jan 16 2021 02:18:00 | Citibank, NA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518982886 | | EDI: WFNNB.COM | Jan 16 2021 02:18:00 | Comenity Bank/Boscov's, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 518982888 | + | EDI: DISCOVER.COM | Jan 16 2021 02:18:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 518982891 | | Email/Text: fggbanko@fgny.com | Jan 15 2021 21:40:00 | Glenn S. Garbus, Esq., Forster, Garbus & Garbus, 7 Banta Pl, Hackensack, NJ 07601-5604 |
| 518982894 | | EDI: JPMORGANCHASE | Jan 16 2021 02:18:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |

| 518982884 | EDI: JPMORGANCHASE | Jan 16 2021 02:18:00 | Chase, PO Box 15123, Wilmington, DE 19850-5123 |
| 518982896 | Email/Text: PBNCNotifications@peritusservices.com | Jan 15 2021 21:40:00 | Kohl's Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 518982898 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 15 2021 22:34:02 | LVNV Funding, c/o Resurgent Capital Service, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 518982902 | Email/Text: info@phoenixfinancialsvcs.com | Jan 15 2021 21:39:00 | Phoenix Financial Services, LLC, 8902 Otis Ave, Indianapolis, IN 46216-1077 |
| 518982903 | EDI: PRA.COM | Jan 16 2021 02:18:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 518982905 | + Email/Text: rwjebn@rwjbh.org | Jan 15 2021 21:43:00 | Robert Wood Johnson Univ. Hospital, 1 Hamilton Health Pl, Hamilton, NJ 08690-3599 |
| 518982909 | Email/Text: jennifer.chacon@spservicing.com | Jan 15 2021 21:43:00 | SPS Select Portfolio Servicing, Attn: Bankruptcy Dept., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518982907 | + EDI: CITICORP.COM | Jan 16 2021 02:18:00 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 518982908 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 15 2021 22:34:02 | Sherman Acquisitions, PO Box 10497, Greenville, SC 29603-0497 |
| 518982910 | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518982911 | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Synchrony Bank/Walmart, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518982913 | EDI: WTRRNBANK.COM | Jan 16 2021 02:18:00 | TD Bank USA, N.A., PO Box 673, Minneapolis, MN 55440-0673 |
| 518982912 | EDI: WTRRNBANK.COM | Jan 16 2021 02:18:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 518982914 | EDI: VERIZONCOMB.COM | Jan 16 2021 02:13:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021                 Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-3
Date Rcvd: Jan 15, 2021

User: admin
Form ID: 318

Page 3 of 3
Total Noticed: 41

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Daniel E. Straffi | bktrustee@straffilaw.com<br>G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com<br>G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through Certificates, Series 2007-AHL3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill Marie Tribulas | on behalf of Debtor Diane M. Riggs jillmarietribulas@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5